IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAMIEN MASSEY,

               Plaintiff,

   vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

               Defendant.

**8:25CV473**

**ORDER ON PLAINTIFF'S MOTION FOR
EXTENSION OF TIME**

This case is before the Court on Plaintiff's Motion for Extension of Time to File Plaintiff's Brief/Motion. Filing 17. Plaintiff seeks a 30-day extension, to January 19, 2026, to file his Motion to Reverse the Commissioner's Decision owing to the press of other deadlines. Filing 17 at 1. Plaintiff also represents that he has attempted to consult with opposing counsel but has not yet had a response. Filing 17 at 1. Notwithstanding the lack of response from opposing counsel, the Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Extension of Time to File Plaintiff's Brief/Motion, Filing 17, granted. Plaintiff shall have to and including January 19, 2026, to file a Motion for an Order Reversing the Commissioner's Decision and Supporting Brief.

Dated this 22nd day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge