IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAMIEN MASSEY,<br><br>     Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>     Defendant. | 8:25CV473<br><br>ORDER ON PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME |

  This case is before the Court on Plaintiff's second Unopposed Motion for Extension of Time to File Plaintiff's Brief/Motion. Filing 19. Plaintiff seeks another 30-day extension, to February 18, 2026, to file his Motion to Reverse the Commissioner's Decision owing to the press of other deadlines preventing him from meeting the prior extended deadline. Filing 19 at 1. Plaintiff also represents opposing counsel does not object to the requested extension. Filing 19 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

  IT IS ORDERED that Plaintiff's second Unopposed Motion for Extension of Time to File Plaintiff's Brief/Motion, Filing 19, granted. Plaintiff shall have to and including February 18, 2026, to file a Motion for an Order Reversing the Commissioner's Decision and Supporting Brief.

  Dated this 20th day of January, 2026.

                       BY THE COURT:

                       _____
                       Brian C. Buescher
                       United States District Judge