IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAMIEN MASSEY,

Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

Defendant.

8:25CV473

ORDER ON DEFENDANT'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 22. Defendant seeks a 30-day extension, to April 20, 2026, to file his Motion to Affirm owing to workload demands preventing SSA agency counsel from providing necessary support under the current responsive deadline. Filing 22 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 22 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 22, is granted. Defendant shall have to and including April 20, 2026, to file his Motion to Affirm.

Dated this 18th day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1