IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAMIEN MASSEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | **8:25CV473**<br><br>**ORDER REJECTING JOINT STIPULATION FOR EAJA FEES WITHOUT PREJUDICE TO RESUBMISSION** |

This case is before the Court on the parties' Joint Stipulation for EAJA fees. Filing 28. The parties stipulate to a compromise settlement of Plaintiff's request for attorney fees in the amount of Ten Thousand Dollars ($10,000.00). Filing 28 at 1. They state that this amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). Filing 28 at 1.

Notwithstanding the parties' stipulation, under the Equal Access to Justice Act (EAJA), as codified in part at 28 U.S.C. § 2412(d), the Court must allow only fees for hours that "reasonably and adequately account [] for the attorney's court related services." *Stockton v. Shalala*, 36 F.3d 49, 50 (8th Cir. 1994). The Court must also determine whether it is appropriate to accept an hourly rate in excess of the statutory rate based on pertinent factors. *Id.* (citing 28 U.S.C. § 2412(d)(2)(A)(ii)). The Court cannot make the required determinations without documentation of the hours worked and claimed and the effective hourly rate represented by the stipulated fees of $10,000. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for EAJA fees, Filing 28, is rejected without prejudice to resubmission of such a stipulation with the required information for the Court to determine whether the requested fees are appropriate under 28 U.S.C. § 2412(d).

Dated this 20th day of August, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge